UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CENTERS,

       Plaintiff,                                    Case No. 23-cv-11036
                                                     Hon. Matthew F. Leitman

v.

AMTRAK,

       Defendant.
_____/

**<u>ORDER (1) GRANTING PLAINTIFF'S MOTION IN LIMINE (ECF No. 30) AND (2) DENYING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S APPEARANCE AT INDEPENDENT MEDICAL EXAMINATION AND TO EXTEND DISCOVERY (ECF No. 34)</u>**

On February 21, 2025, the Court held a hearing on two pending motions in this case: (1) Plaintiff Jason Centers' motion *in limine* to strike Defendant Amtrak's expert witnesses (ECF No. 30) and (2) Amtrak's motion to compel Centers' appearance at an independent medical examination and to extend discovery (ECF No. 34). For the reasons explained on the record, Centers' motion is **GRANTED** and Amtrak's motion is **DENIED**.

    **IT IS SO ORDERED**.

                                                           s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: February 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126