UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON CENTERS,

      Plaintiff,                                      Case No. 23-cv-11036
                                                         Hon. Matthew F. Leitman

v.

AMTRAK,

      Defendant.
_____/

## ORDER EXTENDING DEADLINES

Therefore, pursuant to the stipulation, IT IS HEREBY ORDERED that an extension to file responses and replies to the specified motions in Liminie as well as the submission of the Final Pretrial Order is reset to April 4, 2025.

                                                                  s/Matthew F. Leitman
                                                                  MATTHEW F. LEITMAN
                                                                  UNITED STATES DISTRICT JUDGE

Dated:   March 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2025, by electronic means and/or ordinary mail.

                                                                 s/Holly A. Ryan
                                                                 Case Manager
                                                                 (313) 234-5126